Timothy Graulich
James I. McClammy
Rachelle Navarro
Adam L. Shpeen
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 15** |
| **ENNIA Caribe Holding N.V.,** *et al.*,[1] | Case No. 18-12908 (MG) |
| | **(Jointly Administered)** |
| **Debtors in a Foreign Proceeding.** | |

**DECLARATION OF ADAM L. SHPEEN IN SUPPORT OF THE
FOREIGN REPRESENTATIVE'S SUPPLEMENTAL BRIEF IN
SUPPORT OF THE FOREIGN REPRESENTATIVE'S PETITION FOR AN
<u>ORDER GRANTING RECOGNITION OF A FOREIGN PROCEEDING</u>**

---

[1] The debtors in these chapter 15 cases, along with each debtor's trade register number, are: ENNIA Caribe Holding N.V. (trade register number 63986) ("**ECH**"), EC Holding N.V. (trade register number 138313) ("**EC Holding**"), ENNIA Caribe Leven N.V. (trade register number 36875) ("**ECL**"), ENNIA Caribe Zorg N.V. (trade register number 51811) ("**ECZ**"), ENNIA Caribe Schade N.V. (trade register number 63987) ("**ECS**") and EC Investments B.V. (trade register number 99988) ("**ECI**," and, together with ECH, EC Holding, ECL, ECZ and ECS, the "**ENNIA Group**" or "**Debtors**"). The mailing address of the lead debtor in these chapter 15 cases, ECH, is John B. Gorsiraweg 6, Willemstad, Curaçao.

Under 28 U.S.C. § 1746, I, Adam L. Shpeen, declare as follows under the penalty of perjury:

1. I am an attorney admitted in these chapter 15 cases, and am an associate with the law firm of Davis Polk & Wardwell LLP ("**Davis Polk**").  Davis Polk maintains offices at, among other places, 450 Lexington Avenue, New York, NY 10017.

2. I submit this declaration in support of the *Foreign Representative's Supplemental Brief in Support of the Foreign Representative's Petition for an Order Granting Recognition of a Foreign Proceeding*.

3. Attached hereto are true and correct copies of the following:

| Exhibit: | Exhibit Letter: |
|---|---|
| Supplemental Declaration of Sabine Altena, dated November 20, 2018 | A |
| Declaration of Professor Arthur Hartkamp, dated November 20, 2018 | B |
| Statement of Defense Preliminary Relief Proceedings, hearing held on November 21, 2018 | C |
| Transcript of Sabine Altena Deposition, held on November 29, 2018 | D |
| Supplemental Declaration of Bouke Boersma, dated November 20, 2018 | E |
| Transcript of Bouke Boersma Deposition, held on November 28, 2018 | F |
| Transcript of Professor Arthur Hartkamp Deposition, held on December 4, 2018 | G |
| Transcript of Gerhard Gispen Deposition, held on December 5, 2018 | H |
| Declaration of Gerhard Gispen, dated November 20, 2018 | I |
| Transcript of July 5 Press Conference Provided by Counsel to Parman as an Exhibit to Supplemental Declaration of Bouke Boersma, dated November 20, 2018 | J |
| Curaçao Civil Code Art. 7A.1615w | K |
| Court Order Terminating Employment Agreement with ECH Chief Financial Officer, dated November 28, 2018 | L |

I declare under penalty of perjury that the foregoing is true and correct on this 6th day of December 2018.

*/s/ Adam L. Shpeen*
Adam L. Shpeen